IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ERMA PERRY, | |
|---|---|
| Plaintiff, | Case No. 3:08-cv-00263-TMBTMB |
| vs. | |
| WAL-MART STORES, INC., | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

\_\_\_  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

APPROVED:

/s/Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

September 23, 2009                                                                 IDA J. ROMACK
Date                                                                                              Clerk